UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA ANNE KESLER,
an individual,

        Plaintiff,

vs.

                                      Hon. Paul V. Gadola
                                      Magistrate Judge Paul J. Komives

BARRIS, SOTT, DENN & DRIKER, PLLC,         Civil Action No. 04-40235
a professional limited liability company,

        Defendant.

_____/

## ORDER GRANTING DEFENDANT'S
## MOTION FOR MENTAL EXAMINATION OF PLAINTIFF

                At a session of said Court, held in the City
                of Detroit, County of Wayne, State of
                Michigan, on October 11, 2005

      PRESENT:  Paul J. Komives
                     United States Magistrate Judge

Defendant having filed a Motion for Mental Examination of Plaintiff, Plaintiff having opposed said Motion, and the matter having come on for hearing before the Hon. Paul J. Komives on September 22, 2005,

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion for Mental Examination of Plaintiff is GRANTED for the reasons set forth on the record.

IT IS FURTHER ORDERED that Plaintiff submit to a mental status examination by Rosilind E. Griffin, M.D. and Edward Czarnecki, Ph.D on November 19, 2005 at 9:00 a.m. at 31330 Northwestern Highway, Suite C, Farmington Hills, Michigan  48334.  A description of the examination shall be provided to Plaintiff's counsel prior to the examination.

Pursuant to Fed. R. Civ. P. 72 and E. D. Mich. L.R. 72.1(d), objections to this Order must be filed within 10 days of service of a copy of this Order.

s/Paul J. Komives
United States District Court Magistrate Judge

I consent that this Order be entered as it is consistent with the verbal Order of the Court entered
after contest; by doing so, I do not waive any objections to it:


/s_____
    Megan P. Norris
Miller, Canfield, Paddock and Stone, PLC
Attorneys for Defendants
150 West Jefferson, Suite 2500
Detroit, MI  48226
(313) 963-6420

/s_____
    Gary T. Miotke
Attorney for Plaintiff
6828 Park Avenue
Allen Park, Michigan  48101
(313) 388-4809

DELIB:2626440.2\016321-00203

The undersigned certifies that a copy of the foregoing
order was served on the attorneys of record by
electronic means or U.S. Mail on October 11, 2005.

s/Eddrey Butts
Case Manager