UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA ANNE KESLER,                      Case No. 04-40235

        Plaintiff,                          HON. PAUL V. GADOLA
                                       MAGISTRATE JUDGE KOMIVES

-vs-

BARRIS, SOTT, DENN & DRIKER, PLLC,

              Defendant.
_____/
GARY T. MIOTKE (P41813)
Attorney for Plaintiff
6828 Park Avenue
Allen Park, MI 48101
(313)-388-4809

MILLER, CANFIELD, PADDOCK AND STONE, PLC
By: MEGAN P. NORRIS (P39318)
CHARLES T. OXENDER (P57440)
Attorneys for Defendant
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313)-963-6420
_____/

### PLAINTIFF'S EMERGENCY MOTION TO ADJOURN DATES

      Plaintiff, Rebecca A. Kesler, by and through her counsel, Gary T. Miotke, moves this

Honorable Court to adjourn the dates of the Final Pretrial Conference and the Jury Trial as well

as the date for the filing of the Joint Final Pretrial Statement for the following reasons:

      1. Plaintiff's counsel has sought concurrence in the relief sought in this motion.  On

Friday, May 30, 2008, Defendant's counsel granted concurrence in the relief sought in this

motion.

1

2. On May 14, 2008, this Court entered a Scheduling Order (Document 88) scheduling the following events to take place on the following dates:

(a) Joint Final Pretrial Statement filed by June 16, 2008

(b) Final Pretrial Conference set for June 23, 2008

(c) Jury Trial set for the trial term beginning July 7, 2008.

3. The Scheduling Order was set without input from counsel for the parties.

4. Counsel for the Defendant (namely, Megan P. Norris) has an "immutable" conflict with respect to the Final Pretrial Conference date and is completely unavailable for that date.

5. Counsel for the Plaintiff also has serious conflicts with the dates set.

6. Specifically, Plaintiff is scheduled to represent a party in two cases that have been consolidated for trial before the Honorable Marianne Battani, namely Whittie v. City of Hamtramck, et al, Case Nos. 07-60219 and 05-74887.  The trial in said cases is scheduled to begin Monday, June 23, 2008 and is expected to last until around July 7, 2008.[1]

7. Counsel for the Plaintiff is a sole practicioner with a busy practice who has no way to alleviate the conflicts created with respect to the Final Pretrial Conference and the Jury Trial.

8. Further, counsel for the Plaintiff is concerned that his client in this case and/or his client in the Whittie v. City Hamtramck, et al cases will be prejudiced by his inability to attend to his pretrial and trial duties in one or both cases stemming from the conflicting dates set by this Court.

---

[1] The cases have been tentatively settled since May 1, 2008.  Unfortunately, certain issues are preventing the consummation of the settlement.  Per Judge Battani's case manager, the parties will be held to the original trial date absent the Court deciding otherwise.

2

9. Prior to this motion even being contemplated, counsel for the Plaintiff had attempted to informally alleviate the conflicts by contacting Judge Battani's case manager and by contacting Judge Gadola's law clerk Kevin Erkskine as well as Judge Gadola's case manager. Ultimately, the conflicts were not alleviated and Judge Gadola's case manager indicated that a motion would have to be filed if any adjournment of dates might be obtained.

10. Obviously, this document is the motion brought pursuant to Judge Gadola's case manager's direction.

WHEREFORE your Plaintiff respectfully requests this Honorable Court to grant this Motion and to enter an order:

I. Adjourning the dates for the filing of the Joint Final Pretrial Statement, the Final Pretrial Conference and the Jury Trial from the dates set forth in the May 14, 2008 Scheduling Order; and

II. Re-scheduling the dates for the filing of the Joint Final Pretrial Statement, the Final Pretrial Conference, and the Jury Trial to dates to be determined by the Court after the Court's consultation with counsel for the parties where the Jury Trial will be scheduled for a trial term scheduled to commence no earlier than August 1, 2008 and the dates for the filing of the Joint Final Pretrial Statement and the Final Pretrial Conference will be in line with the new later date set for the Jury Trial.

Respectfully submitted,

S/ GARY T. MIOTKE
6828 Park Avenue
Allen Park, MI 48101
Phone: (313)-388-4809

3

Dated: June 2, 2008

E-mail: gmiotke@miotkelawoffice.com
P41813

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Megan P. Norris and Charles T. Oxender, and I hereby certify that I have served by United States Postal Service the paper to the following non-ECF participants: none.

<u>S/ ALLYSON RAE SAMFILIPPO</u>
Allyson Rae Samflippo
Legal Assistant

Dated: June 2, 2008