**CLOSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rebecca Anne Kesler,

    Plaintiff,

    Case No. 04-40235

v.

    Hon. Paul V. Gadola

Barris, Sott, Denn & Drinker, PLLC,

    Defendant.

_____/

### ORDER OF DISMISSAL

The parties having placed a settlement of this action on the record on this date,

**IT IS ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** and without costs or fees to any party.

**IT IS SO ORDERED.**

_____
Paul V. Gadola
United States District Judge

Dated: 7/28/08

FILED
JUL 28 2008
CLERK'S OFFICE
DETROIT

Approved as to
form and substance:

_____
Attorney for Plaintiff (s)   (Please sign and print)

_____
Plaintiff   (Please sign and print)

_____ Megan P. Norris
Attorney for Defendant (s)   (Please sign and print)

_____
Defendant   (Please sign and print)